**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

GREGORY CLAWGES, JEFFREY LEACH, BRIAN MITCHELL, KURT TAYLOR, ANTONIO BROWN, SHASTA MORGAN, MADELYN LEASURE, and RAECHEL REES, individually, and on behalf of all others similarly situated,

*Plaintiffs*,

v.

RED ROBIN INTERNATIONAL, INC.,

*Defendant.*

**Civil Action No.: 1:25-cv-04090**

**CERTIFICATION RE: NON-USE OF GENERATIVE ARTIFICAL INTELLIGENCE**

The undersigned counsel certifies that generative artificial intelligence was not used to draft Plaintiff's Motion for Notice and Conditional Certification Pursuant to 29 U.S.C. § 216(b) or the Brief in Support of Plaintiffs' Motion for Notice and Conditional Certification Pursuant to 29 U.S.C. § 216(b) filing.

DATED: January 13, 2026

Respectfully Submitted,

By: */s/ Diana E. Wise*
**Diana E. Wise**
WISE LAW LLC
1624 Carlyle Avenue
Suite 800
Belleville, IL 62221
Ph: 217-556-8036
Email: dwise@wiseconsumerlaw.com

***Attorney for Plaintiffs, the Collective Action, and the Proposed Classes***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

By: */s/ Diana E. Wise*

Diana E. Wise
WISE LAW LLC
1624 Carlyle Avenue
Suite 800
Belleville, IL 62221
Ph: 217-556-8036
Email: dwise@wiseconsumerlaw.com